Opinion issued June 29, 2006









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00393-CV

____________


EAGLE BROADBAND, INC. AND EAGLE WIRELESS
INTERNATIONAL, INC., Appellants


V.


CANON FINANCIAL SERVICES, INC., Appellee






On Appeal from the County Civil Court at Law No. 2

Harris County, Texas

Trial Court Cause No. 832827






MEMORANDUM OPINION

 Appellants have filed a motion to dismiss their appeal. More than 10 days have
elapsed, and no objection has been filed. No opinion has issued. Accordingly, the
motion is granted, and the appeal is dismissed. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Taft and Nuchia.